IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Daniel Francis Eggink,<br><br>        Plaintiff,<br><br>vs.<br><br>Donald J. Trump, et al.,<br><br>        Defendants. | **ORDER ADOPTING REPORT<br>AND RECOMMENDATION**<br><br>Case No. 1:18-cv-075 |

    Before the Court are motions filed by Plaintiff Donald Francis Eggink.  See Doc. Nos. 27 and 28.  Magistrate Judge Charles S. Miller, Jr., issued a Report and Recommendation on January 4, 2019, in which he recommended that the motions be denied and the action be dismissed without prejudice.  See Doc. No. 29.  The parties were given until January 18, 2019, to file an objection to the Report and Recommendation.    No objections were received.

    The Court has carefully reviewed the Report and Recommendation and the entire record, and finds the Report and Recommendation to be persuasive.  Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 29) in its entirety; **DENIES** Eggink's pending motions (Doc. Nos. 27 and 28); and **DISMISSES** the entire action without prejudice.

    **IT IS SO ORDERED.**

    Dated this 29th day of January, 2019.

                                                                        */s/  Daniel L. Hovland*
                                                                        Daniel L. Hovland, Chief Judge
                                                                        United States District Court